IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JASZMANN ESPINOSA, and STEPHANIE )
ALVERIO, and all persons similarly situated, ) Case No. 1:13-cv-24565-UU
)
    Plaintiffs, )
)
v. )
)
RICK'S CABARET INTERNATIONAL, ) **DECLARATION OF**
INC., RCI MANAGEMENT SERVICES, ) **ED ANAKAR**
INC., ERIC LANGAN, and ED ANAKAR, )
)
    Defendants.

ED ANAKAR, under the penalties of perjury, declares:

    1.    I am the President of defendant RCI Management Services, Inc. ("RCIM"), an entity affiliated with defendant Rick's Cabaret International, Inc. ("RCII"). I am also named individually as a defendant in this action.

    2.    The statements made in this Declaration are based on my personal knowledge and/or my review of books and records of RCIM. RCIM is an entity that provides certain management services to clubs owned by subsidiaries of RCII in exchange for a management fee.

**Plaintiffs' Agreements**

    3.    Subsidiaries of RCII own and operate non-party clubs Miami Gardens Square One, Inc. d/b/a Tootsie's Cabaret ("Tootsie's") in Miami, Florida, and The End Zone, Inc. d/b/a Club Onyx ("Onyx" and together with Tootsie's, the "Non-Party Clubs"), in Philadelphia, Pennsylvania.

    4.    Prior to commencing work as a performer at Tootsie's, plaintiff Jaszmann Espinosa ("Espinosa") entered into a "Tenant (Independent Contractor) Agreement" with Tootsie's dated October 29, 2009 (the "Espinosa Agreement"). A true and correct copy of the Espinosa Agreement is attached hereto as **Exhibit A**.

5.      Contrary to Plaintiffs' suggestion, the arbitration provision ("ARBITRATION ADDENDUM") contained in the Espinosa Agreement was in use by Tootsie's for at least one year before the commencement of the action captioned *Hart v. Rick's Cabaret Int'l Inc.*, No. 09 Civ. 3043(JGK) (S.D.N.Y. Mar. 30, 2009) on March 30, 2009.

6.      Prior to commencing work as a performer at Onyx, plaintiff Stephanie Alverio ("Alverio, and together with Espinosa, "Plaintiffs") entered into a licensor/licensee agreement with Onyx dated July 2, 2010 (the "Alverio Agreement"), which is attached as Exhibit 5 to Plaintiffs' First Amended Complaint dated February 28, 2014.

**Onyx is a Pennsylvania Corporation That Does Not Conduct Business in Florida**

7.      The Onyx club — The End Zone, Inc. — was formed on or about February 2, 2001, and is registered with the Pennsylvania Department of State ("PDOS") as an active Pennsylvania business corporation. This information is reflected on the PDOS website, a printout from which is attached hereto as **Exhibit B**.

8.      Onyx does not operate, conduct, engage in, or carry on a business or business venture in Florida or have an office or agency in Florida.

I declare under the penalty of perjury that the forgoing is true and correct.

Dated: March 14, 2014

ED ANAKAR

# EXHIBIT A

PAGE 1 OF 10

# TOOTSIES CABARET
## Tenant (Independent Contractor) Agreement

1) I, ___Shashuanna Courtah___ (Tenant, Independent Contractor Legal Name), agree to the provisions contained in this Tenant (Independent Contractor) Agreement and have read the attached addendums (pg 2, 3, 9) and understand their implications. I have selected the Tenant, Independent Contractor status and not the employee status as indicated by my signature on this document.

2) My stage name at the time of signing this agreement is ___Sonic Sweet___, although I may change it later at my convenience. I will advise the management should I do so.

3) I have provided a picture form of ID to be attached to this agreement. The picture ID should be a State issued driver license or State issued ID card or a passport. The purpose of this ID is to verify that I am of legal age to perform at Tootsies Cabaret, under the laws of the State of Florida.

4) I agree to negotiate with the Entertainment Director or his assignee, a weekly performance schedule that fits within my weekly artistic pursuits. The performance schedule is only valid for one week and shall be renegotiated weekly. I agree if I miss any portion of my performance schedule that I may be subject to "no show" fines and or cancellation of the performance schedule.

5) I agree that my performance at Tootsies Cabaret will comply with all State of Florida and local laws. Any noncompliance with applicable laws will cancel my performance schedule.

6) The Booking and License Agreement attached to this contract, consisting of pages 1 thru 7, contains all of the Performance Agreements made between the Performer, Independent Contractor and Miami Garden Square One Inc, d/b/a Tootsies Cabaret.

7) I agree that the rate of lease due under this agreement is $_____ daily per performance segment. Should I perform more than one segment on any day I will pay and additional $_____ for each additional segment.

8) The DJ or MC is not an employee of Tootsies Cabaret and is not remunerated by Tootsies Cabaret. The DJ's or MC's derive their income from tips or gratuities received from "Tenant (Independent Contractor)"'s for each performance segment. I understand this and agree to negotiate with the DJ or MC as to the use of his services for each performance segment.

9) I have read and understand all nine (9) pages of this "Tenant (Independent Contractor) Agreement" and I have signed this document below to attest to my understanding and agreement of my status as a "Tenant (Independent Contractor)".



Signed _____ Date 10-29-09
Legal name of "Tenant (Independent Contractor)"

Signed _____ Date 10-29-09
Entertainment Director or assignee

## INDEPENDENT CONTRACTOR:

- You choose when or if you work and you make your own schedules.
- You choose your costumes, hair styles, nail colors/styles, and accessories.
- You choose your music.
- You choreograph your own dance styles.
- You choose your props for shows.
- You choose those patrons who you wish to dance for.
- You can perform at any club in any town at any time as you wish.
- You are not required to fill in other positions as needed by the club such as: waitresses, door persons, janitor, etc.
- You take vacations as often as you wish.
- You keep your tips.
- You keep dance fees minus rent.
- You keep your conversation fees.
- You take breaks and lunch when you choose.

- You choose the contests, you enter and keep all prize money
- You do not have to attend any employee meetings.
- You are not required to meet dance quotas.
- You are not required to meet drink quotas.
- You may have deductions as a Tenant (Independent Showgirl).

EXAMPLE OF POSSIBLE TAX DEDUCTIONS:
  Costumes
  CD's/tapes, stereo equipment to practice by
  Airfare, automobile, hotel expenses for travel between clubs
  Cosmetology services - hairstyling, nails, tanning, massages
  Child care deductions.
  Medical bills for business related activities
  Insurance for business assets
  Breast implants and other cosmetic surgery for your profession
  * Ask you tax advisors for IRS regulations

## EMPLOYEE:

- You will be paid the minimum wage provided by the law, will get reduced minimum wage for tip credit where allowed, and be paid like wait staff (Currently $2.35 to 5.15/hour, every two weeks)
- You will be paid for overtime (1 ½ times the normal hourly rate) for hours worked in excess of forty (40) hours per week.
  This club will decide whether you are able to work overtime
- You will be given an unpaid one-half (½) hour meal break, if you work a continues period of 8 hours
- You will be given paid rest breaks, during times authorized by club management, at a rate of 15 minutes for each 4 hours worked, or major fraction thereof.
- You will be required to share tips with other club employees, where the law allows.
- You will be required to turn over to the club all Dance Performance Fees which are charged to the customers for couch, table, VIP and shower dances (including tips or gratuities which you receive in excess of the posted prices).
- The club will have controls over you which they regularly exert over all of the employees.
- The club may require you to sell drink quotas and you could be terminated if you do not make your quota.
- You may be required to do general cleaning in areas of the club during your shift and before leaving.
- You may be required to fill in for any other employee who does not show up for work no matter what his or her job responsibilities may be, i.e. waitress, door person, janitorial, etc.
- The club could terminate you at any time without cause, and without any prior notice or warning.
- The club can require you to work a schedule set for you by the club; 40 hours per week.
- The club can require overtime as needed by the club.
- The club can require you to wear costumes, make-up and hair styles selected by the club (note: If the club decided to require you wear a uniform or other accessories distinctive as to style, color, or material, any such uniforms will be furnished to you - without cost - by the club, and if such uniforms or accessories require a special cleaning process, and cannot be easily laundered by you, the club will clean such uniform, as necessary, for you without cost.
- The club can require you to produce a required quota of dances or lose your job.
- The club can require you to undergo training, including choreography, under the direction of the club.
- The club can require you to dance for customers selected by the club.
- The club can require you to dance for club patrons and staff for FREE
- The club can require you to dance to music chosen by the club.

- The club can require you to dance in a manner directed by the club
- The club can require you to attend employee meetings along with all other club employees.
- The club can require you to perform only at this club or at clubs specifically approved by the management of this club.
- The club can require you to work one full year before taking a vacation.
- The club can fire you and bring criminal charges against you for overcharging patrons.
- The club will require you to enter contests at any club as management so desires.
- You will lose your ability to deduct from your taxes, your normal business expenses such as:
  Costumes
  CD's/tapes, stereo equipment to practice by
  Airfare, automobile, hotel expenses for travel between clubs
  Cosmetology services - hairstyling, nails, tanning,
  Childcare deduction
  Medical bills for business related activities
  Transportation expenses, mileage from your home
  Evening gowns that you work in
  * Ask your tax advisors for IRS regulations,
  *Example of possible deductions*

Upon becoming an employee, you will be required by law to:

- Keep a daily record showing for each work day, the amount of cash and credit card tips received directly by you either from customers or from employees.
- Report to the club, at least once a month before the 10th day of each month All "tips" and gratuities received by you from customers or from other employees.
- Punch a time-clock in and out like other employees.
- Provide the club all required personal information for tax purposes.

Upon becoming an employee, management will be required by law to:

- Issue to you, and to the IRS, W-2, W-3 (and 1099-Misc., as possible) statements of earnings.
- Increase your reported income to the IRS for tax purposes by an amount equal to 8% of the fees charged for couch, table and VIP dances, as tips, if the tips which you report to the club as having been received by you are less than 8% of those dance prices (this is the same requirement for all regularly "tippe" employees, including waitresses).
- Report to the IRS all of your earnings, including tip income.
- Deduct from your pay all legally required or allowed amounts, including sums for federal taxes, social security, unemployment compensation, and any other applicable taxes.

I, _Jasmine Esker_ agree to the terms of the independent contractor/employee agreement.
(Print name)    (Circle one)
Signed: _____  Date: 10-24-09

# ARBITRATION ADDENDUM

Any controversy or claim arising out of or relating to this tenant (Independent Contractor) Agreement, hereinafter referred to as "Agreement", or the breach of the Agreement, shall be settled by binding arbitration in accordance with the Rules of the American Arbitration Association, and judgment upon the award rendered by the Arbitrator(s) may be entered in any court having jurisdiction. For purpose of this addendum, any employment claim, dispute, or controversy, including discrimination, shall be submitted to binding arbitration.

Signed _____  Date: 10-29-09

Legal name of "Tenant (Independent Contractor)"

Signed _____  Date: 10-29-09

Entertainment Director or Assignee

# I-9 FORM ADDENDUM

The Department Of Homeland Security / Immigration And Naturalization Service, requires The Independent Contractor to fill out an I-9 Form to verify the status as a US Citizen and Eligibility to work in the United States.

Completing this I-9 Form by the Independent Contractor is a requirement Of the Immigration And Naturalization Service and does not in any manner create a Employee / Employer relationship between the Independent Contractor and Miami Garden Square One DBA Tootsies Cabaret.

Signed _____ Date 10-29-09
Legal Name of Independent Contractor

Signed _____ Date 10-29-09
Entertainment Director Or Assignee

# ENTERTAINER CONTRACT INFORMATION SHEET

HOME TEL#_____

CELL #_____

WHO TO NOTIFY IN CASE OF

EMERGENCY  STEPHANIE  CHURCH

____FRIEND_____RELATIONSHIP

ADDRESS_____

_____

TELEPHONE #_____

Date 10-29-09

I (entertainers legal name) __Jaszmann Espinoza__
                             PRINT ENTERTAINERS NAME
have read, understand, and agree to the requirements,

terms, conditions, and suggestions contained in the

attached Booking And License Agreement.

Entertainers Legal Name: __Jaszmann Espinoza__
                         ENTERTAINERS SIGNATURE

We suggest that you keep a copy of the Booking And License Agreement for your personal records.
If you sign below we will provide you with a signed copy in 72 hrs.

I want a signed copy for my personal records:

_____
          Signature

I do not want a signed copy for my personal records:

_____
          Signature

Copy Received_____ Date_____

PAGE 8 OF 10

# ENTERTAINER UNDERAGE DRINKING POLICY

FLORIDA STATE LAW PROHIBITS SELLING, SERVING AND DRINKING OF ALCOHOLIC BEVERAGES BY INDIVIDUALS UNDER THE AGE OF 21 YEARS OLD.

ENTERTAINERS, BAR STAFF, OR ANY OTHER ASSOCIATES OF TOOTSIES CABARET THAT HAVE KNOWLEDGE OF ALCOHOLIC CONSUMPTION BY, OR FACILITATE IN THE SERVING OF ALCOHOLIC BEVERAGES TO, ANY UNDERAGE PERSON IN TOOTSIES CABARET, INCLUDING CUSTOMERS OR OTHER VISITORS, WILL BE TERMINATED IMMEDIATELY AND SUBJECT TO PROSECUTION UNDER THE LAWS OF THE STATE OF FLORIDA.

IN ORDER TO PREVENT UNDERAGE DRINKING BY ENTERTAINERS, TOOTSIES CABARET WILL BAND UNDERAGE ENTERTAINERS AT THE BEGINNING OF THEIR SHIFT. ANY ENTERTAINERS THAT DO NOT HAVE THE BAND ON AT THE END OF THE SHIFT WILL HAVE THEIR CONTRACT TERMINATED IMMEDIATELY AND WILL NOT BE ABLE TO PERFORM AT TOOTSIES CABARET IN THE FUTURE.

UPON SIGNING THIS POLICY THE ENTERTAINER SUB CONTRACTER LISTED BELOW AGREES TO THE ABOVE TERMS.

ENTERTAINERS STAGE NAME PRINT _Sadie Sweet_

ENTERTAINERS LEGAL NAME PRINT _Jazmynn Espwza_

SIGN _[signature]_ -DATE _10, 29, 2009_

TOOTSIES CABARET BY PRINT _KEVIN KORNBLUM_

SIGN _[signature]_

YOU MUST PRINT ALL INFORMATION
IN A LEGIBLE MANNER!!
NEW ENTERTAINER INFORMATION SHEET

FIRST NAME: Jaszmann Espinoza

LAST NAME: Espinoza

STAGE NAME: ~~Sweet~~ ~~Kaelyn~~ Kaelyn Katlyn

SHIFT:   OPEN ☐   MID ☒   CLOSE ☐   (Choose One Only)

LOCAL ADDRESS: _____

CITY: _____

STATE: _____

ZIP CODE: _____

OTHER ADDRESS: [redacted]

CITY: [redacted]

ZIP CODE: [redacted]

PRIMARY PHONE #: [redacted]

DRIVERS LICENSE #: [redacted]

PRIMARY PHONE #: [redacted]

DRIVERS LICENSE STATE: CA

SOCIAL SECURITY #: [redacted]

DATE OF HIRE: 10-29-09

DATE OF BIRTH: [redacted]

APPROVED BY: _____

Department of Homeland Security  
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07

## Employment Eligibility Verification

## INSTRUCTIONS
PLEASE READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS FORM.

**Anti-Discrimination Notice.** It is illegal to discriminate against any individual (other than an alien not authorized to work in the U.S.) in hiring, discharging, or recruiting or referring for a fee because of that individual's national origin or citizenship status. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1 - Employee.
All employees, citizens and noncitizens, hired after November 6, 1986, must complete Section 1 of this form at the time of hire, which is the actual beginning of employment. The employer is responsible for ensuring that Section 1 is timely and properly completed.

**Preparer/Translator Certification.** The Preparer/Translator Certification must be completed if Section 1 is prepared by a person other than the employee. A preparer/translator may be used only when the employee is unable to complete Section 1 on his/her own. However, the employee must still sign Section 1 personally.

### Section 2 - Employer.
For the purpose of completing this form, the term "employer" includes those recruiters and referrers for a fee who are agricultural associations, agricultural employers or farm labor contractors.

Employers must complete Section 2 by examining evidence of identity and employment eligibility within three (3) business days of the date employment begins. If employees are authorized to work, but are unable to present the required document(s) within three business days, they must present a receipt for the application of the document(s) within three business days and the actual document(s) within ninety (90) days. However, if employers hire individuals for a duration of less than three business days, Section 2 must be completed at the time employment begins. Employers must record: 1) document title; 2) issuing authority; 3) document number, 4) expiration date, if any; and 5) the date employment begins. Employers must sign and date the certification. Employees must present original documents. Employers may, but are not required to, photocopy the document(s) presented. These photocopies may only be used for the verification process and must be retained with the I-9. However, employers are still responsible for completing the I-9.

### Section 3 - Updating and Reverification.
Employers must complete Section 3 when updating and/or reverifying the I-9. Employers must reverify employment eligibility of their employees on or before the expiration date recorded in Section 1. Employers CANNOT specify which document(s) they will accept from an employee.

- If an employee's name has changed at the time this form is being updated/reverified, complete Block A.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee is still eligible to be employed on the same basis as previously indicated on this form (updating), complete Block B and the signature block.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee's work authorization has expired or if a current employee's work authorization is about to expire (reverification), complete Block B and:

- examine any document that reflects that the employee is authorized to work in the U.S. (see List A or C),

- record the document title, document number and expiration date (if any) in Block C, and

- complete the signature block.

**Photocopying and Retaining Form I-9.** A blank I-9 may be reproduced, provided both sides are copied. The Instructions must be available to all employees completing this form. Employers must retain completed I-9s for three (3) years after the date of hire or one (1) year after the date employment ends, whichever is later.

For more detailed information, you may refer to the Department of Homeland Security (DHS) Handbook for Employers, (Form M-274). You may obtain the handbook at your local U.S. Citizenship and Immigration Services (USCIS) office.

**Privacy Act Notice.** The authority for collecting this information is the Immigration Reform and Control Act of 1986, Pub. L. 99-603 (8 USC 1324a).

This information is for employers to verify the eligibility of individuals for employment to preclude the unlawful hiring, or recruiting or referring for a fee, of aliens who are not authorized to work in the United States.

This information will be used by employers as a record of their basis for determining eligibility of an employee to work in the United States. The form will be kept by the employer and made available for inspection by officials of the U.S. Immigration and Customs Enforcement, Department of Labor and Office of Special Counsel for Immigration Related Unfair Employment Practices.

Submission of the information required in this form is voluntary. However, an individual may not begin employment unless this form is completed, since employers are subject to civil or criminal penalties if they do not comply with the Immigration Reform and Control Act of 1986.

**Reporting Burden.** We try to create forms and instructions that are accurate, can be easily understood and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. Accordingly, the reporting burden for this collection of information is computed as follows: 1) learning about this form, 5 minutes; 2) completing the form, 5 minutes; and 3) assembling and filing (recordkeeping) the form, 5 minutes, for an average of 15 minutes per response. If you have comments regarding the accuracy of this burden estimate, or suggestions for making this form simpler, you can write to U.S. Citizenship and Immigration Services, Regulatory Management Division, 111 Massachusetts Avenue, N.W., Washington, DC 20529. OMB No. 1615-0047.

**NOTE:** This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

**EMPLOYERS MUST RETAIN COMPLETED FORM I-9**  
**PLEASE DO NOT MAIL COMPLETED FORM I-9 TO ICE OR USCIS**

Form I-9 (Rev. 05/31/05)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| ESPINOZA | Jaszmeun | K | |

Address (Street Name and Number) / Apt. # / Date of Birth (month/day/year)

City / State / Zip Code / Social Security #

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien #) A
- [ ] An alien authorized to work until _____
  (Alien # or Admission #)

Employee's Signature / Date (month/day/year)

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature / Print Name

Address (Street Name and Number, City, State, Zip Code) / Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: B/CERT | | CALIFORNIA | | |
| Issuing authority: CALI | | bLIC | | |
| Document #: | | | | |
| Expiration Date (if any): | | 5/19/11 | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _____ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative / Print Name / Title

Business or Organization Name / Address (Street Name and Number, City, State, Zip Code) / Date (month/day/year)

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable) / B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): _____

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative / Date (month/day/year)

NOTE: This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

Form I-9 (Rev. 05/31/05)Y Page 2

# EXHIBIT B



### Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

| Search |
|---|
| • By Business Name |
| • By Business Entity ID |
| **Verify** |
| • Verify Certification |
| **Online Orders** |
| • Register for Online Orders |
| • Order Good Standing |
| • Order Certified Documents |
| • Order Business List |
| **My Images** |
| • Search for Images |

**Business Entity Filing History**

Date: 3/14/2014

(Select the link above to view the Business Entity's Filing History)

Business Name History

| Name | Name Type |
|---|---|
| THE END ZONE, INC. | Current Name |

Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 2990156 |
| **Status:** | Active |
| **Entity Creation Date:** | 2/22/2001 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 2908 S Columbus Boulevard Philadelphia PA 19148 Philadelphia |
| **Mailing Address:** | No Address |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy